IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MISTY M. WATTS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | 5:07 CV 102 |
| ) | |
| RUBY TUESDAY, LLC and/or RUBY ) | |
| TUESDAY, INC. and JON-JAY ) | |
| ASSOCIATES, INC., ) | |
| ) | |
| Defendants ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendant, Ruby Tuesday, Inc.'s motion for admission *pro hac vice* (#2) of Cornelius R. Heusel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., 201 St. Charles Avenue, 47th Floor, New Orleans, LA 70170, (504) 582-8000, to appear as counsel for the defendant, Ruby Tuesday, Inc. in this matter filed on September 13, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Cornelius R. Heusel is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 26, 2007

Dennis L. Howell
United States Magistrate Judge