# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv102

| | | |
|---|---|---|
| **MISTY M. WATTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **RUBY TUESDAY, INC.; and** | ) | |
| **JON-JAY ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. The time for serving defendant Jon-Jay Associates, Inc., expired not later than January 11, 2008, defendant Ruby Tuesday, Inc., Answered October 22, 2007, and no one has filed a Certificate of Initial Attorney's Conference, which was due at the latest January 31, 2008. Joinder of the issues occurs "when the final answer to a complaint, third-party complaint, or crossclaim or the final reply to counterclaim has been filed, *or the time for doing so has expired*." L.Cv.R. 16.1(D)(emphasis added). Joinder of the issues triggers a responsibility of counsel under Local Civil Rule 16.1(A) to conduct an initial attorneys conference within 14 days and under Local Civil Rule 16.1(B) to file the CIAC within 5 days thereof.

# ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and the parties shall conduct the IAC and file the CIAC not later than February 22, 2008.

Signed: February 13, 2008

Dennis L. Howell
United States Magistrate Judge